# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA (UAW); and THOMAS BODE, BRUCE EATON, WILLIAM BURNS, PETER ANTONELLIS, and LARRY PRESTON, for themselves and others similar-situated,<br><br>        Plaintiffs,<br>v.<br><br>HONEYWELL INTERNATIONAL INC.,<br><br>        Defendant. | Case No. 2:11-cv-14036<br><br>U.S. District Court Chief Judge Denise Page Hood<br><br>Magistrate Judge David R. Grand |

## HONEYWELL'S CROSS-MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, Defendant Honeywell International Inc. ("Honeywell") hereby moves for summary judgment on plaintiffs' claim to lifetime vested benefits. This motion is supported by the contemporaneously filed Consolidated Brief In Opposition To Plaintiffs' Motion For Summary Judgment And In Support Of Honeywell's Cross-Motion For Summary Judgment, and its accompanying exhibits. Pursuant to Local Rule 7.1(a), Honeywell sought concurrence from plaintiffs in advance of filing this motion, but concurrence was not obtained.

| | |
|---|---|
| Dated: May 18, 2018 | Respectfully Submitted, |
| | */s/ Dennis M. Barnes* |
| Craig S. Primis, P.C. | Daniel M. Share (P26903) |
| K. Winn Allen | Dennis M. Barnes (P39401) |
| Katherine R. Katz | BARRIS, SOTT, DENN & DRIKER, P.L.L.C. |
| KIRKLAND & ELLIS LLP | 333 W. Fort St., Suite 1200 |
| 655 Fifteenth Street, N.W. | Detroit, MI 48226 |
| Washington, D.C. 20005 | Telephone: (313) 965-9725 |
| Telephone: (202) 879-5000 | dbarnes@bsdd.com |
| winn.allen@kirkland.com | |
| | *Attorneys for Defendant Honeywell International Inc.* |