UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

INTERNATIONAL UNION, UNITED
AUTOMOBILE, AEROSPACE,
AND AGRICULTURAL IMPLEMENT
WORKERS OF AMERICA (UAW), and
THOMAS BODE, BRUCE EATON,
WILLIAM BURNS, PETER ANTONELLIS, and
others similarly-situated,

        Plaintiffs,

v.

        Case No. 11-CV-14036
        Hon. Denise Page Hood

HONEYWELL INTERNATIONAL INC.,

        Defendant.

_____/

## JUDGMENT

**IT IS ORDERED AND ADJUDGED** that pursuant to this Court's Order entered on July 25, 2018, this cause of action is **DISMISSED WITH PREJUDICE**.

Dated at Detroit, Michigan this 25th day of July, 2018.

        DAVID J. WEAVER
        CLERK OF THE COURT

        BY: s/LaShawn Saulsberry

APPROVED:


s/Denise Page Hood
DENISE PAGE HOOD
UNITED STATES DISTRICT CHIEF JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 25, 2018, by electronic and/or ordinary mail.

                                        s/LaShawn R. Saulsberry
                                        Case Manager