UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

INTERNATIONAL UNION, UNITED
AUTOMOBILE, AEROSPACE,
AND AGRICULTURAL IMPLEMENT
WORKERS OF AMERICA (UAW), and
THOMAS BODE, BRUCE EATON,
WILLIAM BURNS, PETER ANTONELLIS,
and others similarly-situated,

        Plaintiffs,

v.

        Case No. 11-CV-14036
        Hon. Denise Page Hood

HONEYWELL INTERNATIONAL INC.,

        Defendant.

_____/

### ORDER ACCEPTING REPORT AND RECOMMENDATION REGARDING DEFENDANT'S MOTION FOR ERISA ATTORNEY FEES [ECF No. 202]

This matter is before the Court on Magistrate Judge David R. Grand's Report and Recommendation regarding Defendant's Motion for ERISA Attorney Fees. [ECF No. 210] Neither party filed any objections to the Report and Recommendation.

The Court has had an opportunity to review this matter and finds that the Magistrate Judge reached the correct conclusions for the proper reasons. Finding no error in the Magistrate Judge's Report and Recommendation, the Court adopts the Report and Recommendation in its entirety. Furthermore, as neither party has

raised an objection to the Report and Recommendation, the Court finds that the parties have waived any further objections to the Report and Recommendation. *Smith v. Detroit Fed'n of Teachers Local 231,* 829 F.2d 1370, 1373 (6th Cir. 1987) (a party's failure to file any objections waives his or her right to further appeal); *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

For the reasons stated above,

**IT IS ORDERED** that the Report and Recommendation [ECF No. 210, filed November 28, 2022] is **ADOPTED** as this Court's findings of fact and conclusions of law.

**IT IS FURTHER ORDERED** that Defendant's Motion for ERISA Attorney Fees [ECF No. 202, filed May 3, 2022] is **DENIED**.

IT IS ORDERED.

DATED: January 4, 2023

s/Denise Page Hood  
DENISE PAGE HOOD  
United States District Judge